IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:24-cv-00346-BO-BM

*Baker, PLLC*,

    Plaintiff,

vs.

*Corvus Insurance Holdings, Inc.*, a Delaware corporation; and **HUDSON EXCESS INSURANCE COMPANY**, a Delaware corporation,

    Defendants.

**ORDER**

THIS MATTER is before the Court on Plaintiff, *Baker, PLLC*'s Consent Motion to Stay Pending Appraisal ("Motion"). For good cause shown, the Court hereby GRANTS the Motion.

IT IS ORDERED that the Motion is GRANTED, and that all activity in this case is STAYED – including all due dates for the filing of timely responsive pleading – pending completion of Mediation between Plaintiff and Defendants.

IT IS SO ORDERED, this the 25 day of June, 2024.

                                          */s/ Terrence Boyle*
                                          TERRENCE W. BOYLE
                                          UNITED STATES DISTRICT JUDGE